Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK** **05 CV 0488**

## FORM TO BE USED IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

---

### 1. CAPTION OF ACTION

**A.**   **Full Name And Prisoner Number of Plaintiff:   NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Eschell Ashcroft 03-A-1961

2. 

-VS-

**B.**   **Full Name(s) of Defendant(s)   NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. _____   4. _____

2. dept of corrections   5. _____

3. _____   6. _____

---

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

---

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION   NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff:   Eschell Ashcroft 03-A-1961

Present Place of Confinement & Address:   Wendes Corrections Facility
Box 1187
Alden N.y. 14004

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address:_____

_____

_____

**DEFENDANT'S INFORMATION  NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant:_____ Dept of corrections _____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____ Wendes correctional Facility
_____ Box-1187, Alden N.Y. 14004,

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.      Have you begun any other lawsuits in state or federal court dealing with **the same facts involved in this action**?
        Yes_____   No__✓__

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*
1.      Name(s) of the parties to this other lawsuit:
        Plaintiff(s):_____ NONE _____

        Defendant(s):_____

_____

2

2.   Court (if federal court, name the district; if state court, name the county):_____

_____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____ NONE _____

5.   The approximate date the action was filed:_____

6.   What was the disposition of the case?                    NONE

     Is it still pending?  Yes_____ No_____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    _____ Dismissed (check the box which indicates why it was dismissed):

        _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim
             upon which relief can be granted;

        _____ By court for failure to exhaust administrative remedies;

        _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court
             order;

        _____ By court due to your voluntary withdrawal of claim;

    _____ Judgment upon motion or after trial entered for

        _____ plaintiff

        _____ defendant.


**B.**   Have you begun **any other lawsuits in federal court** which **relate to your imprisonment**?

      Yes_____  No_____✓

**If Yes, complete the next section.**  NOTE:  *If you have brought more than one other lawsuit dealing with your imprisonment,*
*use this same format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

     Plaintiff(s):_____

_____

     Defendant(s):_____

                    NONE_____

2.   District Court:_____

3.   Docket Number:_____

4.   Name of District or Magistrate Judge to whom case was assigned:_____

_____

3

5.  The approximate date the action was filed: _____

6.  What was the disposition of the case?

Is it still pending?  Yes_____ No_____

If not, give the approximate date it was resolved. _____

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

_____  By court *sua sponte* as frivolous, malicious or for failing to state a claim
upon which relief can be granted;

_____  By court for failure to exhaust administrative remedies;

_____  By court for failure to prosecute, pay filing fee or otherwise respond to a court
order;

_____  By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

_____ plaintiff

_____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983.  (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.   In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).
**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a single set of circumstances."

## Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

*Grieve This matter several times, Grieveance not returned as of yet;*

**A. FIRST CLAIM:**  On (date of the incident) _____,

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

*municiple* _____

_____

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: *crule, and unusual punishment violation due, process of Directive #2612 and corre LAW 70 (2)*

The relief I am seeking for this claim is (briefly state the relief sought): *Monetary Damages, injunctive relief;*

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? __✔__ Yes _____ No   If yes, what was the result? *not returned yet;*

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

① Monetary damages

② injuntive .relief

Do you want a jury trial? Yes ✓ No____

## I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                                   (date)

**NOTE:** **Each** *plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
Signature(s) of Plaintiff(s)

7

DATE 7/7/05  05 CV 0488

TO The U.S. Court
house At 68 court
street, Buffalo
Newyork, 14202-3406
TO Judge MARIAN W.
PAYSON. From Eschell
Ashcroft 03A1961. At
wende corr facility
In special housing
unit I AM Legal
Blind to the extr
eme In bothe eyes

1

Item # 2071000

And I am certified for about 12 to 13 years. Since March 14th of 2004 my due process of the 14th amendment is being violated to its full exstent. This correctional facility is denying me my rights and my

2

Item # 2071000

reasonable acco
modations such
as the services
for technical
assistance and
assistive devices
to participate
in various proce
edings to protect
my rights while
I'm incarcerat
ed, including the

3

Item # 2071000

grievance mechan
ism, hearing of
disciplinary and
good time proce
edings. I am also
being deny the
following assistive
devices that are
need for my blind,
ness while I'm
in SHU. Assistive
devices being

4

deny are railing
and black top mat
s in and out the
showers the re
move ~~the~~ of the
hump in the sho
wer. denying ~~of~~
me of facility
rules and regula
tions an docume
nts in Large pri
nt 25 points.

5

Item # 2071000

Also orientation and mobility instruction, mobility assistants / sighted guide, guidance cane, Tape player cassettes and head phones, 25 watts lamp, visor / sun glasses for in door out use, 14 inch

6

item # 2071000

V-Technical read
ing machine, book
s in Large print
such as webster
dictionary and
Law Books, Tesk
and chair to eat
my food instead
of eating on the
floor. Also A lock
er or 2 big bens
to storage my

stuff instead of
all my things be
ing on the floor.
and assistance to
trace lost prope
rty 2 bags of lo
st property. All
of these things
are being deny to
me for no plausa
ble reason. I w
as told verbally

8

by depts and captains along with superinte ndent my acco modations are a security risk in SHU. As long as I'm SHU I will not recieve or ge t my accomodat ions this is what I was told verbally

9

Item # 2071000

by these people.
And they told me
the only way I
will recieve my
accomodations
that is needed
by my request is
threw court. So
I'm asking for
legal assistance
to help me to deal
with this matter

10

on A Legal term
this the only way
I will get what
I need for my
blindness instea
d of this 40/40
Line paper and
20/20 pen. If
you get Anybody
that with the
correction dep
artment to in

Item # 2071000

vestigate this
matter at hand
they will deny
all allegation. I
can not exhaust
my remedies with
out my accomoda
tions. please pro
vide me with
some type of as
sistance. ThANK you



03A1961

72 6/25/05

item # 2071000

P.S. I ~~will~~ send
you This monthly
statement so
that you can
hear for your
self how my rig
hts under the
A.D.A title 2 of
the 1973 rehabili
tation act, And
my due process
of the 14th Amend

13

Item # 2071000

ment is being violated And still being violated to this day of June 2005, And A lot of these tickets I WAS not granted to the hearings. If you deside to listening to these hearing casette.

14

Then you will see
And hear the tru
th. Sign yours truly
Eshell Ashcraft 03A1961
ThANK you IN AdvA
nce. for your time.
P.S. Since 6/25/05
I do not have Any
power In this cell
eltreCAl power, And
under wears, I AM be
ing deny these things
DATE 7/7/05 (15)

Item # 2071000